**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

BRENDA GARCIA,

          Plaintiff,

    v.

JAMES RIVER INSURANCE CO.,

          Defendant.

Case No. 2:18-cv-01016-JAD-CWH

**ORDER**

       Presently before the court is defendant's emergency motion to stay discovery (ECF No. 11), filed on September 7, 2018. Defendant moves to stay discovery pending the resolution of its motion to apply Illinois law and compel arbitration. (Mot. to Apply Illinois Law (ECF No. 10).) Having reviewed the request, the court declines to resolve the motion to stay on an emergency basis. Responses and replies are due in the ordinary course, pursuant to Local Rule 7-2(b). Plaintiff's discovery requests are stayed pending the resolution of the motion to stay discovery. (ECF No. 11).

       IT IS SO ORDERED.


       DATED: September 7, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE